IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JACKEE CRUMB　　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF

VS.　　　　　　　　　　　　　CIVIL ACTION NO. 5:22-cv-00014-KS-RHWR

WALMART INC. et al　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

### AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** having come on for consideration on the *ore tenus* motion of Plaintiff, Jackee Crumb, through her attorney, for entry of a Judgment of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, and the Court, understanding that the attorney for Defendant, Walmart Inc., joins this motion, finds that the relief requested is well founded and should be **GRANTED**.

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that the herein-styled and numbered cause be, and the same hereby is, dismissed with prejudice.

**SO ORDERED**, this the 26 day of ___August___ 2022.

_____
UNITED STATES DISTRICT JUDGE

**APPROVED AND AGREED TO BY**:

/s/ Jessica Lennard
Jessica Lennard (MSB # 105046)
Slocumb Law Firm, LLC
2404 19th Street, Ste. 101
Gulfport, MS 39501
***Attorney for Plaintiff***

/s/Rajita Iyer Moss
Thomas M. Louis (MSB #8484)
Rajita Iyer Moss (MSB No. 10518)
Wells Marble & Hurst, PLLC
P. O. Box 131
Jackson, MS 39205-0131
***Attorney for Defendants***